# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**APRIL LACEFIELD, d/b/a Morgan Michaels Salon**                                    **PLAINTIFF**

**v.**                                    **No. 3:24-cv-245-DPM**

**NATIONWIDE GENERAL INSURANCE COMPANY**                                    **DEFENDANT**

## JUDGMENT

Lacefield's complaint is dismissed with prejudice.  The Court will retain jurisdiction until 14 July 2026 to enforce the parties' settlement.

*DPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

*15 May 2026*
_____